# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 19-4597 VBF (MRW) | Date | November 25, 2019 |
|---|---|---|---|
| Title | Blanks v. Clarke | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge |
|---|---|

Veronica Piper
Deputy Clerk

| Attorneys for Petitioner: | Attorneys for Respondent: |
|---|---|
| None present | None present |

**Proceedings:** ORDER TO SHOW CAUSE RE: DISMISSAL

    1.    In October 2019, the Attorney General moved to dismiss this habeas action for failing to exhaust his claims in state court. (Docket # 17.) The Court ordered Petitioner to respond to the motion or take other appropriate action by November 8. (Docket # 19.) To date, Petitioner has not filed any response to the motion or the Court's order.

    2.    Petitioner is ordered to show cause why the motion should not be granted for the grounds stated by the Attorney General and for Petitioner's failure to oppose the motion pursuant to Local Rule 7-12. Petitioner's response to the OSC <u>and</u> his substantive response to the motion are due by or before <u>December 20, 2019</u>.

**Petitioner is advised that the failure to respond to this order will lead the Court to conclude that the motion is unopposed under Local Rule 7-12, and the action will be dismissed on that basis and under Federal Rule of Civil Procedure 41 for failure to prosecute the action. <u>Applied Underwriters, Inc. v. Lichtenegger</u>, 913 F.3d 884 (9th Cir. 2019).**